UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7739-PJW | Date | September 2, 2015 |
|---|---|---|---|
| Title | Perry Alan Ball v. County of Los Angeles, et al. | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|
| Isabel Martinez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    Order to Show Cause

On July 16, 2015, the Court provided Plaintiff with three available trial dates (September 1, 2015, October 6, 2015, or November 17, 2015) and ordered him to contact the Court with his choice of those three dates to begin trial. Plaintiff failed to select a date or respond to the order, and only two of the trial dates now remain.

The Court now orders Plaintiff to show cause why the action should not be dismissed for failure to prosecute. **No later than September 11, 2015, Plaintiff is ordered to either email the Court (pjw_chambers@cacd.uscourts) with which trial date he would like, or show cause for his failure to do so.** Failure to respond to this order may result in the action being dismissed with prejudice under Federal Rule of Civil Procedure 41.

S:\PJW\Cases-Consent\Ball v. County of Los Angeles\MO_ osc.wpd

:   00

Initials of Preparer    sr