JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PERRY ALAN BALL, | ) Case No. CV 13-7739-PJW |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| COUNTY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing the Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 5, 2015.

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Ball v. County of Los Angeles\judgment.wpd